UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 30550
   RANDY L SCOTT
   LINDA M SCOTT                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6638    SSN XXX-XX-5237
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/04/05 and confirmed on 10/12/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 10656.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK | CURRENT MORTG | .00 | .00 | .00 |
| NAVY FEDERAL CU | SECURED | 3355.83 | 245.03 | 3355.83 |
| ORANGE LAKE RESORT | UNSECURED | .00 | .00 | .00 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO INSTITUTE NEUROS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH AMERICAN CREDIT SV | UNSECURED | NOT FILED | .00 | .00 |
| GLENDALE FAMILY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7651.56 | .00 | 885.62 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| ACTION CARD MASTERCARD P | UNSECURED | 1720.95 | .00 | 199.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1444.59 | .00 | 167.20 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2859.94 | .00 | 331.02 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5684.16 | .00 | 657.91 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7889.01 | .00 | 913.10 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12082.85 | .00 | 1398.52 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4794.81 | .00 | 554.97 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3355.83 | .00 | 44127.87 | .00 | 47483.70 |
| PRINCIPAL PAID | 3355.83 | .00 | 5107.53 | .00 | 8463.36 |
| INTEREST PAID | 245.03 | .00 | .00 | .00 | 245.03 |
| TOTAL PAID | 3600.86 | .00 | 5107.53 | .00 | 8708.39 |

The Debtor's attorney, KATHLEEN VAUGHT               , was allowed $   2700.00 and was paid $   1215.00   direct and $   1485.00   through the plan.

The Trustee received $     462.61 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 05 B 30550 RANDY L SCOTT & LINDA M SCOTT